IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALBERTO VELA CORTEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:15CV787 |
| v. ) | 1:09CR34-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 22, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 130, 131.) Petitioner timely filed objections (Doc. 134) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the previous stay based on Beckles v. United States, 580 U.S. ____, 137 S. Ct. 886 (2017) is lifted, that Respondent's Motion to Dismiss (Doc. 92) is **GRANTED**, that Petitioner's motion (Doc. 72) and supplement (Doc. 97) to vacate, set aside, or correct sentence are **DENIED**, and

that this action be, and the same hereby is, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 23rd day of February, 2018.

_____
United States District Judge